1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY DENNIS FIELD,

Plaintiff,

v.

SNOHOMISH COUNTY
CORRECTIONS CENTER, et al.,

Defendants.

C14-1347 TSZ-MAT

ORDER

14

15

16

17

18

19

20

21

22

23

THIS MATTER comes before the Court on a Report and Recommendation

("R&R"), docket no. 20, by the Honorable Mary Alice Theiler, United States Magistrate

Judge.  The service copy of the R&R was returned to the Court as undeliverable on two

occasions, but the third service copy of the R&R, mailed to plaintiff at the Monroe

Correctional Complex, has not been returned.  The Court therefore assumes plaintiff

received the R&R and the Court's Minute Order entered February 2, 2015, docket no. 31,

setting a deadline of February 20, 2015, for plaintiff to file any objection to the R&R.  No

objection to the R&R was timely filed.

ORDER - 1

1    Having reviewed the R&R, the Court does hereby ORDER:

2    (1)    The Report and Recommendation, docket no. 20, is ADOPTED;

3    (2)    Snohomish County Corrections Center, which is not a legal entity capable

4    of being sued, is DISMISSED as a defendant from this action;

5    (3)    This action will proceed only as to individual defendants David Oster and

6    George Shedrick, Jr. (misidentified as Tony Cedric); and

7    (4)    The Clerk is DIRECTED to send a copy of this Order to all counsel of

8    record, to plaintiff pro se, and to Magistrate Judge Theiler.

9    IT IS SO ORDERED.

10    Dated this 3rd day of March, 2015.

11

12

13    THOMAS S. ZILLY
United States District Judge

14

15

16

17

18

19

20

21

22

23

ORDER - 2