UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY DENNIS FIELD,<br><br>                    Plaintiff,<br><br>     v.<br><br>DAVID OSTER and GEORGE SHEDRICK, JR. (misidentified as TONY CEDRIC),<br><br>                    Defendants. | C14-1347 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on a Report and Recommendation ("R&R"), docket no. 33, by the Honorable Mary Alice Theiler, United States Magistrate Judge. A service copy of the R&R was mailed to plaintiff at Monroe Correctional Complex ("MCC"). It was not returned, but the Clerk received back a different document, which had been mailed earlier to plaintiff at MCC, indicating that plaintiff had been transferred to Bishop Lewis Work Release in Seattle ("BLWR"). A second service copy of the R&R, mailed to plaintiff at BLWR, has not been returned. The Court is therefore satisfied that plaintiff received the R&R and the Court's Minute Order entered April 16, 2015, docket no. 35, setting a deadline of June 5, 2015, for plaintiff to file any objection to the R&R. No objection to the R&R was timely filed.

ORDER - 1

Having reviewed the R&R, the Court does hereby ORDER:

(1) The Report and Recommendation, docket no. 33, is ADOPTED.

(2) Defendants' motion for summary judgment, docket no. 13, is GRANTED in part and DENIED in part.

(3) Plaintiff's complaint, docket no. 4, and this action are DISMISSED without prejudice for failure to exhaust administrative remedies before filing suit. The Court DECLINES to enter judgment against plaintiff or in favor of defendants, and DENIES defendants' request to treat this matter as a "strike" against plaintiff pursuant to 28 U.S.C. § 1915(g).

(4) The Clerk is DIRECTED to CLOSE this case and to send copies of this Order to plaintiff pro se, to all counsel of record, and to the Honorable Mary Alice Theiler.

DATED this 22nd day of June, 2015.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2